**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LORUSSO CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHMOND SAND AND GRAVEL, INC., RICHMOND HOLDING CORPORATION, and PETER CALCAGNI,<br><br>*Defendants.* | Case Number: 07-313 |

**JOINT MOTION FOR EXPEDITED RULE 16(a) SCHEDULING CONFERENCE WITH THE DISTRICT COURT JUDGE**

**NOW COME**, the parties in the above captioned matter and jointly request this Court for an expedited Rule 16(a) conference with the District Court Judge to discern the legal and factual issues of this case and set forth a discovery schedule and a schedule for the filing of dispositive motions pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Rhode Island.

Defendants, Richmond Sand and Gravel, Inc., Richmond Holding Corporation, and Peter Calcagni, maintain that the above captioned matter has created an encumbrance on its property.

**WHEREFORE,** for the foregoing reasons, the parties request a Rule 16(a) conference with the District Court Judge as soon as practically possible.

**PLAINTIFF:**

**LORUSSO CORPORATION**

By and through their attorney,

/s/Robin L. Main

Robin L. Main, Esquire (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Providence, RI 02903
Tel#: (401) 274-2000
Fax#: (401) 277-9600

**DEFENDANTS:**

**RICHMOND SAND AND GRAVEL, INC., *et al.***

By and through their attorneys,

/s/John O. Mancini

Michael A. Kelly, Esquire (#2116)
John O. Mancini, Esquire (#6061)
55 Pine Street, 5th Floor
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874
www.maklawfirm.com

Dated: September 5, 2007

## CERTIFICATION

I hereby certify that on this 5th day of September, 2007 a true and accurate copy of the within document was sent first class mail, postage prepaid to the following:

Robin L. Main, Esq.
Hinckley Allen Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

/s/John O. Mancini