**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LORUSSO CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHMOND SAND AND GRAVEL, INC.,<br>RICHMOND HOLDING CORPORATION, and<br>PETER CALCAGNI,<br><br>*Defendants.* | Case Number: 07-313 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REMOVAL OF THE *NOTICE OF LIS PENDENS***

**NOW COME**, the Defendants, Richmond Sand & Gravel, Inc., Richmond Holding Corporation and Peter Calcagni (hereinafter, the "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby request that this Honorable Court dismiss the Plaintiff's complaint in its entirety as a matter of law and order the removal of that certain *Notice of lis pendens* as recorded against the Defendants' property.

Defendants' assert that the Purchase and Sale Agreement negotiated and agreed upon by and among the parties is terminated and null and void by its own terms because of the inability of the parties to obtain a necessary consent and release for the conveyance of the assets, which consent and release is a condition precedent to the parties' performance of their respective rights and obligations. Given the unobtainable condition precedent, the transaction is null and void and the parties must be relieved of their obligations; consequently, mandating that the *Notice of lis pendens* filed as against the Defendants' property must be discharged, because without a valid purchase and sale agreement the *Notice of lis pendens* constitutes a slander of title.

As grounds for their motion, the Defendants rely on their accompanying memorandum of law in support thereof.

Respectfully submitted,

Defendants,

**RICHMOND SAND & GRAVEL, INC.,**
**RICHMOND HOLDING CORPORATION *and***
**PETER CALCAGNI**

By their Attorneys,

/S/ John O. Mancini
Michael A. Kelly, Esq. (#2116)
John O. Mancini, Esq. (#6061)
55 Pine Street, Suite 5000
Providence, RI 02903
Ph. (401) 490-7334
Fax (401) 490-7874
www.maklawfirm.com

Dated: January 24, 2008

## CERTIFICATION

I hereby certify that I caused a true and accurate copy of the within Motion for Summary Judgment to be sent electronically, on this 24th day of January, 2008 to Robin Main, Esq., Hinckley, Allen & Snyder LLP, 50 Kennedy Plaza, Providence, Rhode Island 02903.

/S/ John O. Mancini