UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORUSSO CORPORATION,

Plaintiff,

v.

RICHMOND SAND AND GRAVEL, INC., RICHMOND HOLDING CORPORATION, and PETER CALCAGNI,

Defendants.

C.A. No. 07 -313ML

**JOINT STIPULATION FOR EXTENSION OF TIME WITHIN WHICH LORUSSO CORPORATION MUST RESPOND TO MOTION FOR SUMMARY JUDGMENT AND REMOVAL OF NOTICE OF LIS PENDENS**

Plaintiff and Defendants hereby stipulate and agree that Plaintiff shall have an additional four days, up to and including February 15, 2008, to respond to the Defendants' Motion for Summary Judgment and Removal of Notice of Lis Pendens.

Lorusso Corporation and Gerry Lorusso
By their Attorney,

/s/ Robin L. Main
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Richmond Sand and Gravel, Inc.
Richmond Holding Corporation, and
Peter Calcagni
By their Attorney,

/s/ John O. Mancini
John O. Mancini, Esquire
Law Office of Michael Kelly, Esquire
55 Pine Street, Suite 5000
Providence, RI 02903

Dated: February 6, 2008

870168v1