UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LORUSSO CORPORATION,<br><br>Plaintiff,<br><br>v.<br>RICHMOND SAND AND GRAVEL, INC., RICHMOND HOLDING CORPORATION, and PETER CALCAGNI,<br><br>Defendants. | C.A. No. 07 -313ML |

**JOINT STIPULATION REGARDING CONDUCTING CERTAIN TESTING, HANDLING OF DISPUTE, AND WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT AND REMOVALOF LIS PENDENS**

1. Defendants immediately shall withdraw without prejudice their motion for summary judgment and removal of lis pendens.

2. Plaintiff and Defendants hereby stipulate and agree that the Plaintiff shall have up to and including March 7, 2008 only to allow its consultant engineers to enter the subject property at their own risk and expense for the purpose of testing the rock material in the ground. Plaintiff shall hold Defendants harmless for any claim, injury or expense of any kind incurred by Defendants as a result of said testing by Plaintiff and its engineers. If the Plaintiff is not satisfied, in its sole determination, with the quality or quantity of the rock material, then on March 11, 2008, the Parties shall dismiss this case and the Defendants' counterclaims with

prejudice and with no costs, fees or interest awarded to any of the Parties, the Plaintiff shall release the Lis Pendens, the Defendant shall return the deposit to the Plaintiff, and the Parties shall execute and exchange mutual releases and terminate the Letter of Intent and Side Agreement.

3. In the event that the Plaintiff is satisfied, in its sole determination, with the quality and quantity of the rock material, then the Plaintiff shall submit a revised proposal to the Defendants no later than March 14, 2008, and Defendants shall entertain such revised proposal in good faith and submit the same to their creditors, Bank of America and/or Aiello for approval no later than March 21, 2008. The Parties shall provide the creditors, Bank of America and/or Aiello with 14 days to review the revised proposal and shall provide a reasonable extension of such time frame as necessary to allow a response but no longer than 15 days. In the event that the creditors, Bank of America and/or Aiello do not accept the revised proposal, the Parties shall dismiss this case and the Defendants' counterclaims with prejudice and with no costs, fees or interest awarded to any of the parties, the Plaintiff shall release the Lis Pendens, the Defendant shall return the deposit to the Plaintiff, and the Parties shall execute and exchange mutual releases and terminate the Letter of Intent and Side Agreement.

Lorusso Corporation and Gerry Lorusso
By their Attorney,

/s/ Robin L. Main

Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Richmond Sand and Gravel, Inc.
Richmond Holding Corporation, and
Peter Calcagni
By their Attorney,

/s/ John O. Mancini
Michael A. Kelly, Esquire
John O. Mancini, Esquire
Law Office of Michael A. Kelly, PC
55 Pine Street, Suite 5000
Providence, RI 02903

Dated: February 12, 2008