UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LORUSSO CORPORATION,<br><br>Plaintiff,<br><br>v.<br>RICHMOND SAND AND GRAVEL, INC., RICHMOND HOLDING CORPORATION, and PETER CALCAGNI,<br><br>Defendants. | C.A. No. 07 -313ML |

**JOINT STIPULATION FOR THE WITHDRAWAL WITHOUT PREJUDICE OF THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REMOVAL OF NOTICE OF LIS PENDENS**

Defendants and Plaintiff hereby stipulate and agree that the Defendants shall withdraw without prejudice their Motion for Summary Judgment and Removal of Notice of Lis Pendens and, therefore, a response from Plaintiff to such Motion is not required.

Lorusso Corporation and Gerry Lorusso
By their Attorney,

/s/ Robin L. Main
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Richmond Sand and Gravel, Inc.
Richmond Holding Corporation, and
Peter Calcagni
By their Attorney,

/s/ John O. Mancini
Michael A. Kelly, Esquire
John O. Mancini, Esquire
Law Office of Michael A. Kelly, PC
55 Pine Street, Suite 5000
Providence, RI 02903

Dated: February 14, 2008