UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LORUSSO CORPORATION,<br><br>Plaintiff,<br><br>v.<br>RICHMOND SAND AND GRAVEL, INC., RICHMOND HOLDING CORPORATION, and PETER CALCAGNI,<br><br>Defendants.<br><br>v.<br><br>GERRY LORUSSO,<br><br>Defendant in Counterclaim | C.A. No. 07 -313ML |

**DISMISSAL STIPULATION**

The Parties agree as follows:

1. Plaintiff Lorusso Corporation dismisses with prejudice its claims in this matter against Defendants Richmond Sand & Gravel, Inc., Richmond Holding Corporation, and Peter Calcagni with prejudice and with no costs, fees or interest awarded to any party; and

2. Defendants Richmond Sand and Gravel, Inc., Richmond Holding Corporation, and Peter Calcagni dismiss their counterclaims in this matter against Lorusso Corporation and Gerry Lorusso with prejudice and with no costs, fees or interest awarded to any party.

Lorusso Corporation and Gerry Lorusso
By their Attorney,

/s/ Robin L. Main
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Richmond Sand and Gravel, Inc.
Richmond Holding Corporation, and
Peter Calcagni
By their Attorney,

/s/ John O. Mancini
Michael A. Kelly, Esquire
John O. Mancini, Esquire
Law Office of Michael A. Kelly, PC
55 Pine Street, Suite 5000
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I served a true and accurate copy of the above document upon all counsel of record by electronic mail.

/s/ John O. Mancini